PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
CARLOS MORENO-PACHECO

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   vs.<br>CARLOS MORENO-PACHECO,<br><br>       Defendant. | CASE NO. 1:06-cr-381-LJO<br><br>STIPULATION AND ORDER VACATING DATE, AND CONTINUING CASE<br><br>DATE:  November 9, 2007<br>TIME:  9:00a.m.<br>Judge:   HON. LAWRENCE J. O'NEILL |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Laurel J. Montoya, Counsel for Plaintiff, Attorney Preciliano Martinez, Counsel for Defendant Carlos Moreno-Pacheco that the Motion Hearing/Trial Confirmation date scheduled for November 9, 2007, be vacated and the Motion Hearing/Trial Confirmation be continued to this court's calendar on November 30, 2007 at 9:00 a.m. This continuance is requested so that the government may have ample time to file their response to the motion filed by the defendant and also because Mr. Martinez is scheduled to be out of state on a different matter.

The court is advised that counsel have conferred about this request, that they have agreed to November 30, 2007 date and that Ms. Montoya has authorized Preciliano Martinez to sign this stipulation on her behalf.

**IT IS SO STIPULATED**

DATED: November 8, 2007                          /s/ Preciliano Martinez
                                                          PRECILIANO MARTINEZ
                                                          Attorney for Defendant
                                                          Carlos Moreno-Pacheco


Dated: November 8, 2007                            /s/Laurel J. Montoya
                                                          LAUREL J. MONTOYA
                                                          Assistant United States Attorney
                                                          Attorney for United States

**ORDER**

**THE COURT HAS RECEIVED AND REVIEWED THE STIPULATION.  THERE IS GOOD CAUSE TO CONTINUE AND TO EXCLUDE TIME FOR THE REASONS STATED.  IT IS SO ORDERED.**

IT IS SO ORDERED.

Dated:   November 8, 2007                              /s/ Lawrence J. O'Neill
                                                       UNITED STATES DISTRICT JUDGE

..                                                                                  .

2