PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
CARLOS MORENO-PACHECO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,   ) | CASE NO.  1:06-cr-00381-LJO |
| ) | |
| Plaintiff,   ) | *SECOND AMENDED* REQUEST FOR |
| ) | RECONVEYANCE AND ORDER |
| vs.   ) | |
| ) | |
| ) | |
| CARLOS MORENO-PACHECO,   ) | |
| ) | |
| Defendant.   ) | |

I, PRECILIANO MARTINEZ, declare as follows:

1.  On January 19, 2007, RITO MORENO and GRISELDA MORENO, husband and wife, recorded and executed Deed of Trust (Short Form), San Joaquin County Recorders Document No. 2007-012650, for a property bond in the amount of $150,000.000 for the property commonly known as:

    5079 HORNER AVENUE, STOCKTON, CA  95215, for bail purposes in the name of U.S. District Court Clerk for defendant, CARLOS MORENO-PACHECO.

    Assessors Parcel No.:  159-120-70

2.  CARLOS MORENO-PACHECO was sentenced to 48 months in custody on May 13, 2010.

1

3.      Wherefore, request is hereby made that the following property be reconveyed as follows:

    RITO MORENO and GRISELDA MORENO, husband and wife, the property

commonly known as:

    5079 HORNER AVENUE, STOCKTON, CA  95215

    Assessors Parcel Number: 159-120-70.


Dated:  08/10/10                                          Respectfully Submitted,


                                            /s/ Preciliano Martinez                  .
                                              PRECILIANO MARTINEZ

# **O R D E R**

IT IS HEREBY ORDERED that the following property be reconveyed:

    RITO MORENO and GRISELDA MORENO, husband and wife, the property commonly known as:

    5079 HORNER AVENUE, STOCKTON, CA  95215

    Assessors Parcel No.: 159-120-70.

Dated:   August 10, 2010                                        _/s/ Lawrence J. O'Neill_____
                                                                         UNITED STATES DISTRICT JUDGE